## People of the State of Illinois, Defendant in Error, v. Jesse Harrison et al., Plaintiffs in Error.

Gen. No. 42,040.

opinion filed January 25, 1943; rehearing denied February 9, 1943. Mayer Goldberg, for plaintiffs in error; Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe, Richard B. Austin and Clement D. Cody, Assistant State's Attorneys, of counsel. Opinion by PRESIDING JUSTICE MATCHETT. ''Not to be published in full.''